**NOT FOR PUBLICATION IN WEST'S HAWAI'I REPORTS AND PACIFIC REPORTER**

**Electronically Filed
Intermediate Court of Appeals
CAAP-24-0000337
13-FEB-2025
10:24 AM
Dkt. 58 OCOR**

NO. CAAP-24-0000337

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I

LAUREN LIPCON, Plaintiff-Appellant,
v. MALIKO COFFEE COTTAGES, MAURICE SMITH, SYDNEY SMITH, AND
MURPHY TAUA, individual/business, HANA A. VANDERVOORT, JOSEPH B.
JACOBS, ANDREW S. FISHER, ELLEN M. FISHER, COUNTY OF MAUI,
Defendants-Appellee,
and
DOES 1-100, Defendants.

APPEAL FROM THE CIRCUIT COURT OF THE SECOND CIRCUIT
(CIVIL NO. 2CCV-23-0000074)

ORDER OF CORRECTION
(By: Nakasone, J., for the court[1])

IT IS HEREBY ORDERED that the Order filed December 27, 2024, is corrected by replacing in the caption "(CIVIL NO. 2CCV-22-0000308)" with "(CIVIL NO. 2CCV-23-0000074)".

The Clerk of the Court is directed to incorporate the foregoing changes in the Order.

DATED: Honolulu, Hawai'i, February 13, 2025.

FOR THE COURT:

/s/ Karen T. Nakasone
Associate Judge

---

[1] Wadsworth, Presiding Judge, Nakasone and McCullen, JJ.